IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 04-cv-01362-LTB-MJW

QUALMARK CORPORATION,

    Plaintiff,

v.

GREGG K. HOBBS, and
HOBBS ENGINEERING CORPORATION,

    Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Consent and Motion for Dismissal With Prejudice (Doc 73 - filed May 2, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: May 5, 2008